UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUDITH LOPEZ                                    JURY TRIAL DEMANDED

v.                                             CASE NO.  3:10 CV

UNIVERSAL FIDELITY LP
                                    COMPLAINT

1.  Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2.  The Court has jurisdiction. l5 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3.  Plaintiff is a natural person who resides in CT.

4.  Plaintiff is a consumer within the FDCPA.

5.  Defendant is a debt collector within the FDCPA.

6.  Defendant communicated with plaintiff in January 2010 with regard to The Danbury Mint, and in the course of the communications violated the FDCPA.

7.  Defendant did not provide the notice required by 15 U.S.C. §  1692g in its communications.

8.  Defendant's initial letter falsely stated that plaintiff made an agreement to pay.

9.  Defendant's initial letter demanded payment well before the 30 day dispute period expired.

10. Defendant continued to communicate with plaintiff after notice that she had an attorney.

FIRST COUNT

11. In the collection efforts,  defendant violated the FDCPA, inter alia, § 1692d, -e,  f,  or -g.

SECOND COUNT

12. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a 645 et seq., or the Consumer Collection Agency Act, § 36a 800 et seq. Conn. Gen. Stat.

13. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff  such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CUTPA for each communication against defendant;

2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
        JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net

2